TRINA A. HIGGINS, United States Attorney (#7349)
BRIAN WILLIAMS, Assistant United States Attorney (#10779)
Attorneys for the United States of America
111 South Main Street, Suite 1800 | Salt Lake City, Utah 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT WAFF, <br><br> Defendants. | Case No. 2:23-cr-00398 <br><br> **MOTION TO UNSEAL INDICTMENT** <br><br> U.S. District Judge Tena Campbell |

The United States, by and through the undersigned Assistant United States Attorney, respectfully submits this motion to unseal the Indictment in this case. On November 1, 2023 the grand jury returned an Indictment against the defendant charging him with 8 counts. This indictment was sealed under Rule 6(d)(4) of the Federal Rules of Criminal Procedure, in order to protect the safety of the law enforcement officers who would seek to serve the defendant with the Arrest Warrant accompanying the Indictment. On November 3, 2023 the defendant was arrested in the Eastern District of California. His initial appearance was on the afternoon of November 3, 2023, and a detention hearing is set for November 7, 2023 in this district. Unsealing the Indictment is proper now that the defendant has been arrested, and so doing would assist the Eastern District of California appropriately manage the defendant's court appearances.

Respectfully submitted,

TRINA A. HIGGINS
United States Attorney

 */s/ Brian Williams*
BRIAN WILLIAMS
Assistant United States Attorney