IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. ROBERT WAFF Defendant. | Case No. 2:23-cr-00398 TC ORDER UNSEALING INDICTMENT |

Before the Court is the United States' Motion to Unseal the Indictment of the defendant.

IT IS HEREBY ORDERED based upon motion by the United States, good cause appearing therein and pursuant to Federal Rules of Criminal Procedure 6(d)(4), that the Indictment of the defendant should be unsealed for all future proceedings in this case.

BY THE COURT:

*Daphne A. Oberg*

Daphne A. Oberg
United States Magistrate Judge